**LAW OFFICES OF JOHN W. BAILEY & ASSOCIATES, P.C.**
PINE WEST PLAZA 2, SUITE 202
WASHINGTON AVENUE EXTENSION
ALBANY, NEW YORK  12205
TELEPHONE: (518) 456-0082
FACSIMILE: (518) 456-4767
www.jwbaileylaw.com

| | |
|---|---|
| **John W. Bailey** | **Crystal R. Mennillo, Law Clerk** |
| **Nannette R. Kelleher** | |
| **Karen E. McGrory** | |
| **Cynthia H. Beaudoin** | |
| **Patrick F. Scully** | |
| **Andrew F. Marc** | |

September 8, 2006

**Via Electronic Filing**
Magistrate Judge Gustave J. DiBianco
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, New York 13261-7396

    Re:    Traditional Leather v. Atlas Refinery
           Case No.:    06-CV-607(DNH/GJD)
           Our File No.:  252-CH23

Dear Magistrate Judge DiBianco:

Our office represents defendant, Atlas Refinery, Inc., with regard to the above-referenced matter.

I am writing to advise the Court that defendant takes no position with regard to Attorney Judy McGowan's Motion to be relieved as counsel for plaintiff, which is returnable September 14, 2006.

We also take not that the upcoming conference scheduled for September 20, 2006 which triggers the return of the parties' joint Civil Case Management Plan, has been cancelled. Accordingly, no Civil Case Management Plan will be filed until the Court renders a Decision on then pending motion and a determination is made as to who defendant should contact concerning the representation of plaintiff.

Magistrate Judge DiBianco
September 8, 2006
Page 2


Thank you for the Court's consideration in this matter.

                                            Respectfully submitted,

                                            S/
                                            Nannette R. Kelleher
                                            Bar Roll No. 509251

/elp

cc:    Judy McGowan, Esq.
        4722 State Highway 30
        Amsterdam, New York 12207